**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 19-cv-02588-RM-SKC

JAMES PATTON,

      Plaintiff,

v.

CENTURY CHEVROLET,
FIRST FIDELITY BANK,
EQUIFAX INFORMATION SERVICES,
TRANSUNION, LLC, and
EXPERIAN,

      Defendants.

---

## ORDER

---

      This matter is before the Court on Plaintiff's Motion for Voluntary Dismissal of Claims Against Defendants Experian Information Solutions, Inc. and Transunion, LLC Under Federal Rule of Civil Procedure 41(a)(2), which is unopposed.  (ECF No. 102.)  As set forth in the motion, these Defendants have agreed to the voluntary dismissal without prejudice of the claims against them under the condition that the time period for Plaintiff's claims as set forth in the statute of limitations, 15 USC § 1681p, will be tolled for a period of six months after the date of the motion, which was filed on October 22, 2020.  The motion is GRANTED.

      DATED this 5th day of November, 2020.

                                 BY THE COURT:

                                   _____

                                   RAYMOND P. MOORE
                                   United States District Judge