IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-02588-RM-SKC

JAMES PATTON,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,

    Defendant.

---

## ORDER
---

    Before the Court is the Recommendation of United States Magistrate Judge S. Kato Crews to dismiss this case as to the only remaining Defendant and to close the case. (ECF No. 111.) The Court adopts the Recommendation for the reasons below.

    On January 7, 2021, the magistrate judge issued an Order to Show Cause by January 18 why Defendant should not be dismissed under Fed. R. Civ. P. 4(m) because it was not served within ninety days of when the complaint was filed. (ECF No. 110.)

    Plaintiff did not respond.

    On January 28, the magistrate judge issued the Recommendation to dismiss the case. Although the Recommendation, which was entered as a text only entry, did not advise Plaintiff that specific written objections were due within fourteen days after being served with a copy of the Recommendation, that deadline has passed without a response from Plaintiff.

Accordingly, the Court ADOPTS the Recommendation (ECF No. 111) and hereby DISMISSES the claims against the remaining Defendant. The Clerk is directed to CLOSE this case.

DATED this 19th day of February, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge